# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RONALD STILLMAN                 :

                                  :

          **Plaintiff,**            :           **Civil Action No. 07-849 (KSH)**

     **v.**                       :

                                    :

STAPLES, INC.                :

                                    :           **ORDER**

          **Defendants.**         :

This matter having come before the Court on the motion of defendant to alter the order of proof;

and the Court having considered the submissions;

and for the reasons set forth in the Opinion delivered on the record on December 15, 2008;[1]

and for good cause shown,

IT IS ON THIS 15th day of December, 2008

ORDERED that the defendant's motion to alter the order of proof [Docket No. 544] is denied.

                                   s/Patty Shwartz
                                   **UNITED STATES MAGISTRATE JUDGE**

---

[1]If a party wants a copy of the transcript of the Opinion, then the party should contact Chambers for information.