UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN C. HENRY, individually and on behalf of other similarly situated employees

      Plaintiffs,

v.

QUICKEN LOANS, INC., et al.,

      Defendants.
_____/

Case No. 04-cv-40346

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT IN A CIVIL CASE

This action having come for trial on the issues of liability and damages before the Court and a jury, and the matter having been duly tried, the jury having duly rendered its verdict for the defendant,

**IT IS ORDERED AND ADJUDGED** that judgment be entered for the defendant, Quicken Loans, Inc., that the Plaintiffs take nothing, and that the action be **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 17th day of March, 2011.

                DAVID WEAVER
                CLERK OF THE COURT

                BY: s/Carol Cohron
                DEPUTY CLERK

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 17, 2011, by electronic and/or ordinary mail.

                                            Carol Cohron
                                            Case Manager