

· 32

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FILED
MAR 17 2011
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

RYAN C. HENRY, et al.,

    Plaintiffs,

v.

QUICKEN LOANS, INC.,

    Defendant.
_____/

Case No. 04-cv-40346

HONORABLE STEPHEN J. MURPHY, III

## VERDICT FORM

(1) *Administrative Exemption*: Please answer the following questions:

    (a) Was Plaintiffs' primary job duty the performance of office or non-manual work directly related to the management or general business operations of Quicken Loans or its customers?

        Yes   _X_         No   _____

    (b) Did the Plaintiffs' primary job duty include the exercise of discretion and independent judgment with respect to matters of significance?

        Yes   _X_         No   _____

If you answered "No" to either (1)(a) or (1)(b), please answer questions (2) and (3).

If you answered "Yes" to *both* (1)(a) *and* (1)(b), please mark "0" in the space marked "Average Hours of Overtime Worked / Week by Nontestifying Plaintiffs" under Question 3 below, and do not answer question (2).

(2) *Hours Worked by Testifying Plaintiffs*

Please determine the average number of overtime hours worked, per week, during the Plaitniffs' employment as a mortgage banker with Quicken Loans.

Remember that any hours worked over forty hours per week are overtime hours.

[CONTINUE TO NEXT PAGE]

33

Record your determination of the hours of overtime worked per week, and the weeks employed, in Table 1.

**TABLE 1**

| Employee's Name | Average Hours of OT Worked / Week |
|---|---|
| Nicole Abate | |
| Adam Persails | |
| Lindsay Tittensor (Kinast) | |
| Nicole Lilly | |
| Anthony Lachowicz | |
| Michael Pikora | |
| Neil Childs | |
| John Gurney | |
| Mona Vats | |
| John Semilia | |
| Brian Stanczak | |
| Jason VanDyke | |
| Lola Herman | |
| Zane Kadro | |
| Krista Quinn | |
| Micheal Lofton | |
| Ryan Henry | |
| Sarah Little | |
| Hassan Bazzi | |
| Jennifer Maull | |

[CONTINUE TO NEXT PAGE]

34

| Emanuel Lewis, Jr. | |
| --- | --- |
| Tamara Cooke | |
| Katie Ennes | |
| Chanda Whitted | |
| Kelly Ann Lacey (Lytle) | |

(3) *Hours Worked by Non-Testifying Employees*

Please determine the average number of overtime hours worked, per week, by the non-testifying Plaintiffs while they were employed at Quicken Loans.

If you decide that you cannot draw any conclusions about the hours the non-testifying Plaintiffs worked, based on the testimony of those Plaintiffs who appeared in court and the other proofs given at trial, you may mark "0" in the space below.

Average Hours of Overtime Worked / Week
by Nontestifying Plaintiffs:     0

3-17-2011
DATE

S/Jury Foreperson

In complaince with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.