MIED (Rev. 01/10) Bill of Costs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ryan Henry et al

Plaintiff(s),

Case No.   04-40346

Judge  Stephen J. Stephen J. Murphy III

Magistrate  Steven D. Pepe

Quicken Loans Inc.

Defendant(s).

## BILL OF COSTS

On ___March 17, 2011___, a judgment was entered in favor of
        [Date]

___Quicken Loans Inc.___. The prevailing party now
        [Name of Party]

requests the clerk to tax the following costs:

|  | CATEGORY | AMOUNT REQUESTED | ATTORNEY COMMENTS |
|---|---|---|---|
| A. | Fees of the Clerk | $20 | |
| B. | Court Reporter Fees | $14,356.12 | see attached |
| C. | Witness Fees (Itemize on Page 2) | $80 | see attached |
| D. | Service Fees | — | |
| E. | Printing Fees | — | |
| F. | Exemplification & Copy Fees | — | |
| G. | Other Costs | — | |
| | TOTAL | $14,456.12 | |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date:  April 14, 2011

Signature  *Jeffrey B. Morganroth (by JRH w/consent)*

41670
Bar No.

344 North Old Woodward Ave. #200
Street Address

Birmingham, MI 48009
City, State, Zip Code

248/864-4000
Telephone Number

jmorganroth@morganrothlaw.com
Primary Email Address

**On motion served within seven days thereafter, the action of the Clerk may be reviewed by the Court.**

**<u>Depositions Cited in Defendants' Motions/Trial Depositions</u>**

|  | **<u>Deponent</u>** | **<u>Fee</u>** | **Where Used/Date** |
|---|---|---|---|
| 1. | Henry | $1,261.91 | Defendants' Motion for Summary Judgment on the Merits, 10/5/07 |
| 2. | Ansari | $981.77 | Defendants' Motion for Summary Judgment on the Merits, 10/5/07 |
| 3. | McClean | $1,680.73 | Defendants' Motion for Summary Judgment on the Merits, 10/5/07 |
| 4. | Jenuwine | $1,097.48 | Defendants' Motion for Summary Judgment on the Merits, 10/5/07 |
| 5. | Lacey | $943.37 | Defendants' Motion for Summary Judgment on the Merits, 10/5/07 |
| 6. | Gade | $973.63 | Defendants' Motion for Summary Judgment on the Merits, 10/5/07 |
| 7. | Mezzadri | $943.47 | Defendants' Motion for Summary Judgment on the Merits, 10/5/07 |
| 8. | Downey | $1,199.40 | Defendants' Motion for Summary Judgment on the Merits, 10/5/07 |
| 9. | Gilbert | $252.00 | Defendant Daniel B. Gilbert's Motion for Summary Judgment Based on His Lack of "Employer" Status under the Fair Labor Standards Act, 10/5/07 |
| 10. | Dr. Cohen | $1,570.01 | Defendants' Objections to the Magistrate Judge's Rulings on Plaintiffs' (1) Motion to Exclude Defendants' Expert Report and (2) Motion to Strike Undisclosed Witness Statements, 10/15/08 |

| 11. | David Jones | $1,727.05 | Quicken Loans Inc.'s Motion in Limine to Exclude: (1) Plaintiffs' Expert Witness; and (2) the "Hours Worked" Spreadsheets and Related Documents Provided To, and Any Work Product Of, Plaintiffs' Expert Witness, 1/3/11 |
| 12. | Jeff Perry | $994.00 | video played at Trial on 2/25/11 and 2/28/11 and transcript used as part of trial record |
| 13. | Mark Mazey | $731.30 | video played at Trial on 2/28/11 and transcript used as part of trial record |
| **Total:** | | **$14,356.12** | |

MIED (Rev. 01/10) Bill of Costs

Case No. ___04-40346___

| Name and Residence | Attendance | | Subsistence | | | Mileage | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|---|---|
| | Date(s) Testified | Total Cost | Date(s) | Total Cost | | Miles | Total Cost | | |
| Dr. David Jones, Minneapolis, MN | 3/6/06 8/28/07 | $80 | | | | | | | $80 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | | | | | | | |

Expenses that are not itemized or do not have proper supporting documentation will be disallowed.



# ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          87957     FALLJO1
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248)205-7010    Fax(248)205-7040

To:
Quicken Loans
20255 Victor Parkway
Ste 130
Livonia, MI 48152

| INVOICE NUMBER | DATE |
|---|---|
| 96737EMI | 05/16/05 |

ATTN : Laura Meyer                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
HENRY, RYAN VS. QUICKEN LOANS

SERVICES PROVIDED ON 02/07/05:
RYAN C. HENRY            1- 221   221 PGS @ $4.57      1,009.97   O+1

| | | | |
|---|---|---|---|
| Appearance Fee | Hrs | | 159.25 |
| Word Index pages | | | 7.50 |
| Exhibit(s) | | 45 @ $0.32 | 14.40 |
| Realtime/Livenote hook-up | | | |
| E-Transcript | | | 10.00 |
| Shipping | | | 60.80 |

BALANCE DUE                          TOTAL   1,261.92   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800)819-9908
Fax (973)377-9543

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 87957  TOT: $1261.92
INVOICE #: 96737EMI
DATE: 05/16/05

Quicken Loans
Attn: Laura Meyer
20255 Victor Parkway
Ste 130
Livonia, MI 48152





# ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC - EMI**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
2301 West Big Beaver
Suite 925
Troy, MI  48084
248-205-7010   FAX 248-205-7040

Job #: 87959

| INVOICE NUMBER | DATE |
| --- | --- |
| 95154EMI | 02/18/2005 |

Printed: 04/14/2011

To:
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI  48226-3425
ATTN : Lawrence  Campbell, ESQ

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
| --- | --- | --- | --- |
| CAPTION: HENRY, RYAN VS. QUICKEN LOANS | | | |
| SERVICES PROVIDED ON: 02/08/2005 | | | |
| KEVIN ANSARI | 1- 166    166 PGS @ $ 4.57 | $ 758.62 | |
| Appearance Fee        Hrs | | $ 159.25 | |
| Diskette(s) | | $ 12.50 | |
| E-Transcript | | $ 12.50 | |
| Word Index pages | | $ 7.50 | |
| Exhibit(s) | 16 @ $ 0.35 | $ 5.60 | |
| Realtime/Livenote hook-up | | | |
| Shipping | | $ 25.80 | |
| PAYMENTS RECEIVED | | ($ 981.77) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

For Invoice Questions,
Please Call
248-205-7040
FAX 248-205-7040

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 87959   TOT: $ 0.00
INVOICE #: 95154EMI
DATE: 04/14/2011

Dickinson Wright PLLC
ATTN : Lawrence  Campbell, ESQ
500 Woodward Avenue
Suite 4000
Detroit, MI  48226-3425





# ESQUIRE
### DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    87969      FALLJ01
2301 W. Big Beaver Road, Suite 925
Troy, Michigan  48084
(248)205-7010      Fax(248)205-7040

To:
Dickinson, Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425

| INVOICE NUMBER | DATE |
|---|---|
| 95654EMI | 03/17/05 |

ATTN : QUICKEN LOANS                  Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

HENRY, RYAN VS. QUICKEN LOANS

SERVICES PROVIDED ON 03/07/05:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Michael McLean | 1- 173 | 173 PGS @ $8.04 | | 1,390.92 | O+1 |
| Confidential Title | 1- 5 | 5 PGS @ $8.04 | | 40.20 | O+1 |
| Appearance Fee | Hrs | | | 159.25 | |
| Realtime/Livenote hook-up | | | | | |
| Word Index pages | | 2 @ $7.50 | | 15.00 | |
| Exhibit(s) | | 58 @ $0.32 | | 18.56 | |
| E-Transcript | | 2 @ $10.00 | | 20.00 | |
| Diskette(s) | | 2 @ $5.50 | | 11.00 | |
| Shipping | | | | 25.80 | |

BALANCE DUE                          TOTAL: 1,680.73      Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800)819-9908
Fax (973)377-9543

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 87969  TOT: $1680.73
INVOICE #: 95654EMI
DATE: 03/17/05

Dickinson, Wright
Attn: QUICKEN LOANS
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# ESQUIRE
### DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                89136      FALLJ01
2301 W. Big Beaver Road, Suite 925
Troy, Michigan  48084
(248) 205-7010      Fax (248) 205-7040

To:
Quicken Loans
20255 Victor Parkway
Ste 130
Livonia, MI 48152

| INVOICE NUMBER | DATE |
|---|---|
| 96725EMI | 05/16/05 |

ATTN : Laura Meyer                          Due Upon Receipt   | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION:
HENRY, RYAN VS. QUICKEN LOANS

SERVICES PROVIDED ON 03/22/05:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| DANIEL GENUWINE | 1- 176 | 176 PGS @ $4.56 | | 802.56 | O+1 |
| Confidential | 1- 5 | 5 PGS @ $4.56 | | 22.80 | O+1 |
| Appearance Fee | Hrs | | | 171.50 | |
| Realtime/Livenote hook-up | | | | | |
| Word Index pages | | | | 7.50 | |
| Exhibit(s) | | 116 @ $0.32 | | 37.12 | |
| Diskette(s) | | 2 @ $5.50 | | 11.00 | |
| E-Transcript | | 2 @ $10.00 | | 20.00 | |
| Min-U-Script | | 2 @ $12.50 | | 25.00 | |

BALANCE DUE                         TOTAL | 1,097.48 | Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800) 819-9908
Fax (973) 377-9543

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 89136   TOT: $1097.48
INVOICE #: 96725EMI
DATE: 05/16/05

Quicken Loans
Attn: Laura Meyer
20255 Victor Parkway
Ste 130
Livonia, MI 48152

 

PAID



# ESQUIRE
### DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan  48084
(248)205-7010     Fax(248)205-7040

89138      FALLJ01

To:
Quicken Loans
20255 Victor Parkway
Ste 130
Livonia, MI 48152

ATTN : Laura Meyer

| INVOICE NUMBER | DATE |
|---|---|
| 96723EMI | 05/16/05 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
HENRY, RYAN VS. QUICKEN LOANS

| SERVICES PROVIDED ON 03/23/05: | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| ALAN LACEY | 1- 152 | 152 PGS @ $4.56 | | 693.12 | O+1 |
| Confidential | 1- 5 | 5 PGS @ $4.56 | | 22.80 | O+1 |
| Appearance Fee | Hrs | | | 110.25 | |
| Realtime/Livenote hook-up | | | | | |
| Word Index pages | | 2 @ | $7.50 | 15.00 | |
| Exhibit(s) | | 60 @ | $0.32 | 19.20 | |
| Diskette(s) | | 2 @ | $5.50 | 11.00 | |
| E-Transcript | | 2 @ | $10.00 | 20.00 | |
| Min-U-Script | | 2 @ | $12.50 | 25.00 | |
| Shipping | | | | 27.00 | |

BALANCE DUE

TOTAL     943.37     Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800)819-9908
Fax (973)377-9543

Please detach and send with payment.

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 89138   TOT: $943.37
INVOICE #: 96723EMI
DATE: 05/16/05

Quicken Loans
Attn: Laura Meyer
20255 Victor Parkway
Ste 130
Livonia, MI 48152





**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY.



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          90096      FALLJ01
2301 W. Big Beaver Road, Suite 925
Troy, Michigan  48084
(248)205-7010    Fax(248)205-7040

To:

Quicken Loans
20255 Victor Parkway
Ste 130
Livonia, MI 48152

| INVOICE NUMBER | DATE |
|---|---|
| 97000EMI | 05/27/05 |

ATTN : Laura Meyer                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

   HENRY, RYAN VS. QUICKEN LOANS

   SERVICES PROVIDED ON 05/12/05:

| | | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|---|
| Confidential | 1- | 5 | 5 PGS @ $4.33 | | 21.65 | O+1 |
| Owen Gade | 1- 169 | | 169 PGS @ $4.33 | | 731.77 | O+1 |
| Appearance Fee | Hrs | | | | 159.25 | |
| Realtime/Livenote hook-up | | | | | | |
| Exhibit(s) | | 93 @ | $0.32 | | 29.76 | |
| Shipping | | | | | 31.20 | |

BALANCE DUE                              TOTAL   973.63   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800)819-9908
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 90096  TOT: $973.63
INVOICE #: 97000EMI
DATE: 05/27/05

Quicken Loans
Attn: Laura Meyer
20255 Victor Parkway
Ste 130
Livonia, MI 48152





**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan  48084
(248)205-7010    Fax(248)205-7040

89134    FALLJ01

| INVOICE NUMBER | DATE |
|---|---|
| 96727EMI | 05/16/05 |

To:

Quicken Loans
20255 Victor Parkway
Ste 130
Livonia, MI 48152

ATTN : Laura Meyer                                    Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
HENRY, RYAN VS. QUICKEN LOANS

SERVICES PROVIDED ON 03/21/05:
JONATHAN MEZZADRI            1- 147  147 PGS @ $4.56      670.32   O+1
Confidential Title          1-  5    5 PGS @ $4.56       22.80   O+1

Appearance Fee              Hrs                          134.75
Realtime/Livenote hook-up
Word Index pages                        2 @  $7.50        15.00
Exhibit(s)                             55 @  $0.32        17.60
Diskette(s)                             2 @  $5.50        11.00
E-Transcript                            2 @ $10.00        20.00
Min-U-Script                            2 @ $12.50        25.00
Shipping                                                 27.00

BALANCE DUE                              TOTAL     943.47     Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800) 819-9908
Fax (973) 877-9543

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 89134  TOT: $943.47
INVOICE #: 96727EMI
DATE: 05/16/05



Quicken Loans
Attn: Laura Meyer
20255 Victor Parkway
Ste 130
Livonia, MI 48152



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# ESQUIRE
### DEPOSITION SERVICES®
#### A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          87973      FALLJ01
2301 W. Big Beaver Road, Suite 925
Troy, Michigan  48084
(248)205-7010      Fax(248)205-7040

| | INVOICE NUMBER | DATE |
|---|---|---|
| | 95652EMI | 03/17/05 |

To:
Dickinson, Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425

ATTN : QUICKEN LOANS                    Due Upon Receipt    | AMOUNT DUE | ENCL |

YOUR REFERENCE NUMBER:

CAPTION:
    HENRY, RYAN VS. QUICKEN LOANS

SERVICES PROVIDED ON 03/09/05:

| | | | | AMOUNT DUE | ENCL |
|---|---|---|---|---|---|
| Jeffrey Downey | 1- 120 | 120 PGS @ $8.04 | | 964.80 | O+1 |
| Confidential Title | 1-  5 | 5 PGS @ $8.04 | | 40.20 | O+1 |
| Appearance Fee | Hrs | 5 @ $24.50 | | 122.50 | |
| Realtime/Livenote hook-up | | | | | |
| Word Index pages | | 2 @ $7.50 | | 15.00 | |
| Exhibit(s) | | 74 @ $0.35 | | 25.90 | |
| E-Transcript | | 2 @ $10.00 | | 20.00 | |
| Diskette(s) | | 2 @ $5.50 | | 11.00 | |

BALANCE DUE                          **TOTAL**  1,199.40   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800)819-9908
Fax (973)377-9543

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 87973  TOT: $1199.40
P.O. Box 827829                               INVOICE #: 95652EMI
Philadelphia,PA 19182-7829                    DATE: 03/17/05
Tax ID # 22-3779684

Dickinson, Wright
Attn: QUICKEN LOANS
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425





# ESQUIRE
### DEPOSITION SERVICES®
#### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

Received 11/15/2005 03:33PM in 00:54 on line [8] for RD003018 * Pg 1/1
11/15/2005 16:34 5864682410 MACOMB CT REPORTERS PAGE 01



# MACOMB COURT REPORTERS, INC.

**7 NORTH MAIN STREET - SUITE 102**
**MOUNT CLEMENS, MICHIGAN 48043**
**(586) 468-2411     FAX (586) 468-2410**
WILLIAM R. CARROLL & ASSOCIATES

DEPOSITION
SUITES AVAILABLE

EST. 1967

I.R.S. 38-2025666

ROBERT P. DAVIS, ESQ.
MAYER, BROWN, ROWE & MAW, L.L.P.
1909 K STREET, NORTHWEST
WASHINGTON, DC 20006

151189

11/15/2005    6968    DL/N

Re: HENRY, RYAN    QUICKEN LOANS
Assignment Date: November 07, 2005

DEPOSITION OF DANIEL GILBERT

ONE COPY                                          252.00
                                              ==========
                          Total Amount $       252.00

THANK YOU!
PLEASE RETURN ONE COPY OF INVOICE WITH REMITTANCE

Please Make Checks Payable To:
MACOMB COURT REPORTERS, INC.
Federal Tax Id#: 38-2025666



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248)205-7010 Fax(248)205-7040

1 06515 FALLJ01

Mayer, Brown, Rowe & Maw LLP

1909 K Street N West
Washington, DC 20006

ATTN : Robert Varnell

| INVOICE NUMBER | DATE |
|---|---|
| 111 387EMI | 10/16/07 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

HENRY, RYAN VS. QUICKEN LOANS

SERVICES PROVIDED ON 10/02/07:
Malcolm Cohen                1- 285   285 PGS @ $4.37        1,245.45    1CC

Rough ASCII
Exhibit(s)                        489 @   $0.40              195.60
ETV - Exhibits                                               35.00
Condensed                                                    25.00
Delivery                                                     68.96

ok to pay
Robt Varll
04285438

BALANCE DUE                                    TOTAL   1,570.01   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)866-5560
Fax (248)205-7040

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 106515  TOT: $1570.01
INVOICE #: 111387EMI
DATE: 10/16/07

Mayer, Brown, Rowe & Maw LLP
Attn: Robert Varnell

1909 K Street N West
Washington, DC 20006

**ESQUIRE**
DEPOSITION SERVICES.

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Vendor Invoice Payments**

**Filters**

| Vendor ID | 131266 | [...] | Pat Carl & Associates |
|---|---|---|---|
| Invoice # | 16489AB | [...] | |

**Invoice Detail**

| Override Name | Pat Carl & Associates | | Balance | | $0.00 |
|---|---|---|---|---|---|
| Invoice Date | Mar 21 2006 | Reference | | Curr Code | USD |
| Due Date | Mar 21 2006 | Invoice Amt | $1,042.05 | | |
| Discount Date | Mar 21 2006 | Disc Terms | 03 | | |

**Narrative**

Wittness, Dr. David D. Jones,  3/6/06

**Invoice Offsets**

| Date | T... | Desc | Inv/Re... | AP Amt | Paid Amt | Discnt Amt |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date | T... | Desc | Bank | Req# | Check Num | AP Amt | Paid Amt | Discnt Amt |
|---|---|---|---|---|---|---|---|---|
| 4/17/2006 | CH | Check | CHGO | 773 | 902733 | $1,042.05 | $1,042.05 | $0.00 |

**Vendor Invoice Payments**

**Filters**

| Vendor ID | 131266 | [...] | Pat Carl & Associates |
|---|---|---|---|
| Invoice # | 16422JT | [...] | |

**Invoice Detail**

| Override Name | Pat Carl & Associates | | Balance | | $0.00 |
|---|---|---|---|---|---|
| Invoice Date | Apr 10 2006 | Reference | | Curr Code | USD |
| Due Date | Apr 10 2006 | Invoice Amt | $685.00 | | |
| Discount Date | Apr 10 2006 | Disc Terms | 03 | | |

**Narrative**

Witness Dr. David D. Jones, 3/6

**Invoice Offsets**

| Date | T... | Desc | Inv/Re... | AP Amt | Paid Amt | Discnt Amt | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Date | T... | Desc | Bank | Req# | Check Num | AP Amt | Paid Amt | Discnt Amt |
|---|---|---|---|---|---|---|---|---|
| 4/17/2006 | CH | Check | CHGO | 773 | 902733 | $685.00 | $685.00 | $0.00 |

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14123426 | 03/09/2011 | 1434-186169 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/24/2011 | CADYOH | 2:04-CV-40346 |

| CASE CAPTION |
|---|
| Ryan C. Henry, et al. vs. Quicken Loans Inc., et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jeffrey B. Morganroth
Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue
Suite 200
Birminghtm, MI 48009

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Jeff Perry                    140 Pages @      7.10/Page        994.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Mark Mazey                    103 Pages @      7.10/Page        731.30
                                                              _____
                              TOTAL   DUE   >>>>              1,725.30
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

Deposition Location: Cleveland, OH



TAX ID NO.: 20-2665382                                    (248) 864-4000

*Please detach bottom portion and return with payment.*

Jeffrey B. Morganroth
Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue
Suite 200
Birminghtm, MI 48009

```
Invoice No.:  14123426
Date       :  03/09/2011
TOTAL DUE  :  1,725.30


Job No.  :  1434-186169
Case No. :  2:04-CV-40346
Ryan C. Henry, et al. vs. Quicken Lo
```

Remit To:   **LegaLink, Inc.**
            **PO Box 90473**
            **Chicago, IL 60696-0473**